## Alexander Haddad, Administrator of Estate of Mary K. Haddad, Deceased, Appellant, v. George Marble and Mary Marble, Appellees.

Gen. No. 10,043.

opinion filed March 8, 1946; released for publication April 1, 1946. Paul S. Pierson, for appellant; Karl J. Mohr, of counsel; Large, Reno & Zahm, for appellees; Guy B. Reno, of counsel. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.